435 A.2d 239

Commonwealth v. Hissem, Jr., Appellant.

Petition for Allowance of Appeal Denied Dec. 21, 1981.

 Argued April 16, 1980. Ross S. Bash, for appellant; James J. Conte, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.